IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) No. 1:07-M-063, 064, 065, 066 A
)
WILLIAM GURKA )

MOTION TO UNSEAL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to unseal the criminal complaint, affidavit, arrest warrant, search warrant, and seizure warrants, signed June 25, 2007 by United States Magistrate Judge Lincoln D. Almond, on grounds that said warrants have been executed.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney
RI Bar # 1680

SO ORDERED:

______________________________
**LINCOLN D. ALMOND**
**UNITED STATES MAGISTRATE JUDGE**
**DISTRICT OF RHODE ISLAND**

Date: 6/28/07